# Order

Michigan Supreme Court
Lansing, Michigan

July 29, 2014

148964

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re Petition of Sanilac County Treasurer
for Foreclosure of Certain Parcels of
Property Due to Unpaid 2010 and Prior
Years' Taxes, Interest, Penalties and Fees.

_____

SANILAC COUNTY TREASURER,
       Petitioner-Appellee,

v

JENNIFER MEGIE,
       Respondent-Appellant.

SC: 148964
COA: 316814
Sanilac CC: 12-034524-CZ

_____/

On order of the Court, the application for leave to appeal the February 11, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

h0721